FILED '11 MAY 25 17:05 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DIANA L. RAY, | Civil No. 6:10-CV-00057-TC |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $5,809.58, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, ___ U.S. ___, 130 S.Ct. 2521 (2010). If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to attorney Richard Sly, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Any check for EAJA fees shall be mailed to Plaintiff's counsel, at the following address: 1001 SW 5th Avenue, Suite 310, Portland, Oregon 97204.

If is further ordered that costs pursuant to 28 U.S.C. § 1920, be awarded to Plaintiff in the amount of $350.00.

DATED this __25__ day of __MAY__, 2011.

_____
UNITED STATES MAGISTRATE JUDGE