RICHARD A. SLY, OSB #63074
rsly@teleport.com
209 SW Oak Street, Suite 102
Portland, Oregon 97204
Phone:  (503)224-0436
Fax:    (503)226-1227

LINDA S. ZISKIN, OSB #01106
linda@ziskinlawoffice.com
PO Box 2237
Lake Oswego, OR  97035
Phone: (503) 889-0472
Fax:    (888) 889-5776
        Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| DIANA RAY,<br>      Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>      Defendant. | Case No. 6:10-CV-00057<br><br>ORDER AUTHORIZING ATTORNEY FEES UNDER 42 USC 406(b) |

Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $14,963.48 are hereby awarded to Plaintiff's attorney, Richard A. Sly. Previously, this Court awarded Mr. Sly $5,809.58 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d). When issuing the 406(b) check, therefore, the agency is directed to subtract the amount previously awarded under the EAJA and to send to Mr. Sly the balance of **$9,153.90**. Any withheld amount then remaining should be released to Plaintiff by defendant as soon as practicable.

IT IS SO ORDERED this __11__ day of __Feb__, 2014.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
      MAGISTRATE

PRESENTED BY:

/s/ Richard A. Sly
RICHARD A. SLY, OSB #63074
Portland, OR  97204
(503) 224-0436
Attorney for Plaintiff